# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QPRIVACY USA LLC, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 2:24-CV-00855-RWS-RSP |

## ORDER

Before the Court is Plaintiff QPrivacy USA LLC's Motion for Clarification of the Discovery Order. **Dkt. No. 37.** In the Motion, Plaintiff seeks clarification that the Discovery Order deadline for infringement contentions relating to software limitations will not begin to run before the Court rules on the Parties' motion for protective order and QPrivacy and its experts are able to access Cisco's source code. *Id.* at 1; *see* Dkt. No. 30 at ¶ 3(a)(i). After consideration, the Court **GRANTS** the Motion.

It is **ORDERED** that Plaintiff's deadline to comply with ¶ 3(a)(i) runs from the date the Court entered the Protective Order in this case.

**SIGNED this 28th day of May, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1